THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Anthony Bernard Holley, Appellant.Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-308
Submitted June 1, 2007  Filed June 11, 2007
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant. 
 
 Legal Counsel J. Benjamin Aplin, of South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent. 
 
 
 
 

PER CURIAM:  Anthony Bernard Holley appeals the revocation of his probation.  Counsel for Holley attached to the final brief a petition to be relieved as counsel.  Holley did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Holleys appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS, JJ., concur.  

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.